**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 74 MAP 2024
:
Appellee :
:
:
:
v. :
:
:
:
LANCE MITCHELL RILEY (DECEASED), :
:
Appellant :

## ORDER

**PER CURIAM**

    **AND NOW,** this 11th day of December, 2024, the Application for Review of Appeal Notwithstanding Mootness is DENIED. Based upon counsel's representation of Appellant's death, this appeal is DISMISSED AS MOOT.